IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARRY GOODMAN                                                                     PLAINTIFF

       vs                                    3:09CV00011-WRW

HARTFORD LIFE INSURANCE COMPANY, et al                          DEFENDANTS

<u>ORDER</u>

Pursuant to the Answer and Counterclaim filed in this case (doc #7), the name of separate

defendant Hartford Life Insurance Company is changed to:

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

The Clerk is directed to make this change on the Court's docket.

IS SO ORDERED this 19th day of March, 2009.

AT THE DIRECTION OF THE COURT
JAMES McCORMACK, CLERK


/s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd