## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BARRY GOODMAN**                                                                                 **PLAINTIFF**

**v.**                          **3:09CV00011-WRW**

**HARTFORD LIFE & ACCIDENT**                                       **DEFENDANTS**
**INSURANCE COMPANY,** *et al***.**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 12th day of November, 2009.

                                                          /s/Wm. R. Wilson, Jr.
                                               UNITED STATES DISTRICT JUDGE