# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BARRY GOODMAN                                                                PLAINTIFF

v.                                          3:09CV00011-WRW

HARTFORD LIFE & ACCIDENT                                              DEFENDANTS
INSURANCE COMPANY, et al.

## AMENDED JUDGMENT

Based on the November 12, 2009, Order granting Defendants' Motion for Summary Judgment and the Order entered today granting Defendants' Rule 60 Motion, Defendants are entitled to $2,016 for overpayment, plus interest at the rate of 0.36% from November 12, 2009, until paid.

This case is DISMISSED.

IT IS SO ORDERED this 5th day of January, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE